JOSEPH PETERS, PLAINTIFF-PETITIONER, v. STEPHEN H. MAGNUS, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. George J. Kaplan* for the petitioner.

*Mr. Sydney I. Turtz* for the respondents.

May 29, 1967. Denied.

ANNA PARENTINI, PLAINTIFF-RESPONDENT, v. S. KLEIN DEPARTMENT STORES, INC., DEFENDANT-PETITIONER.

See same case below: 94 *N. J. Super.* 452.

*Messrs. Simon & Kaufman* for the petitioner.

*Mr. Francis Sorin* for the respondent.

May 29, 1967. Denied.

RUTH K. COHEN, PLAINTIFF-PETITIONER, v. FIRST CAMDEN NATIONAL BANK & TRUST COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Evoy & Feinberg* for the petitioner.

*Messrs. Archer, Greiner, Hunter & Read* for the respondent.

May 29, 1967. Granted.